UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| MARYLOU MONROY, | ) | No. EDCV 10-708 FFM |
|         Plaintiff, | ) | |
|         v. | ) | JUDGMENT OF REMAND |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
|         Defendant. | ) | |

The Court having entered an Order pursuant to Sentence 4 of 42 U.S.C. § 405(g).

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Order dated March 9, 2011.

DATED:   March 9, 2011

                               /S/ FREDERICK F. MUMM
                                FREDERICK F. MUMM
                        United States Magistrate Judge